```
PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814


JAMIE YAVELBERG
EDWARD CROOKE
DANIEL SPIRO
JAMES NEALON
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. CECILIA GUARDIOLA,<br><br>Plaintiff,<br><br>v.<br><br>OROVILLE HOSPITAL, *et al.*,<br><br>Defendants. | CASE NO.  2:20-cv-01558-JAM-SCR<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Stipulation of Voluntary Dismissal by the United States, the State of California, and the Relator pursuant to the terms of the settlement agreements between those parties, and for good cause shown,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to the United States, the State of California, and Relator for the Covered Conduct as set forth in their settlement

agreements with Defendants; and

    IT IS FURTHER ORDERED the remaining claims are dismissed with prejudice as to Relator but without prejudice as to the United States and the State of California.

    IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in this action and shall be the sole venue for any dispute arising thereunder.

**IT IS SO ORDERED.**

Dated: December 20, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE